**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| | § | |
| MONOLITHIC 3D™ INC., | § | Case No. |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| KIOXIA CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff MonolithIC 3D™ Inc. ("MonolithIC 3D" or "Plaintiff"), by and through its
attorneys, files its Complaint against Defendants KIOXIA Corporation (hereinafter, "KIOXIA" or
"Defendant"), and hereby alleges as follows:

**THE PARTIES**

1.      MonolithIC 3D is a is a corporation organized and existing under the laws of the
State of Texas, with its principal place of business located at 825 Watter's Creek Boulevard,
Building M, Suite 250, Allen, Texas 75013.

2.      On information and belief, KIOXIA is a corporation organized and existing under
the laws of Japan that maintains an established place of business at 3-1-21, Shibaura, Minato-ku,
Tokyo 108-0023, Japan. Prior to around October 2019, KIOXIA Corporation operated under the
name Toshiba Memory Corporation. KIOXIA does business in Texas, directly or through
intermediaries, and maintains its principal place of business in Japan.

## JURISDICTION AND VENUE

3.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

4.     This Court has specific and personal jurisdiction over Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, Defendant has sufficient minimum contacts with this forum because Defendant transacts substantial business in the State of Texas and in this Judicial District. Further, Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint.

5.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and (c) because Defendant comprises a foreign company that may be sued in any Judicial District, including the Eastern District of Texas.

6.     KIOXIA is subject to personal jurisdiction in this Judicial District and has committed acts of patent infringement in this Judicial District. Upon information and belief, Defendant through its own acts and/or through the acts of others, makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District, such that this venue is a fair and reasonable one.

7.     KIOXIA directly, through its subsidiaries and agents, and through its direct and indirect customers, purposefully and voluntarily places infringing semiconductor memory

modules in the stream of commerce while knowing, expecting, and intending them to be sold in and purchased and used by consumers in the United States, Texas, and this District.

8.     For example, KIOXIA advertises and offers to sell the Accused Products globally, including throughout Texas and this District, on its website, https://www.kioxia.com. KIOXIA distributes information regarding products available for overseas customers to purchase. KIOXIA further advertises its overseas sales locations.[1]

9.     Upon information and belief, KIOXIA personnel travel to and/or work out of its Texas offices, and direct and control activities of KIOXIA's subsidiaries and employees or agents thereof in marketing and selling the Accused Products to United States customers.

10.     KIOXIA's business includes the manufacture and sale of semiconductor devices accused in this case, such as NAND Flash memory (including 3D memory and SSD).

11.     KIOXIA's customers further make, import, ship, distribute, offer for sale, sell, use, and advertise (including offering products and services through websites) KIOXIA's infringing semiconductor memory modules (or products incorporating those infringing semiconductor memory modules) in the United States, Texas, and this District.

12.     KIOXIA also provides support for users and customers of its infringing semiconductor products in the United States, Texas, and this District. For example, KIOXIA provides installation, technical, and other support for its products through its website. The website provides an interface for customers, including those in this District, to communicate with KIOXIA for additional support. KIOXIA also allows business inquiries other downloads for its semiconductor memory modules in the United States, Texas, and this District.

---

[1] https://www.kioxia.com/en-jp/business/buy/global-sales.html

## Learn and Evaluate



**KIOXIA XL-FLASH Infographic (PDF : 1.6MB)** NEW

**KIOXIA BiCS FLASH™ Infographic (PDF : 2.5MB)** NEW

## XL-FLASH Specs

| Capacity | Part Number | Technology | Cell | Operating Temperature (°C) | Package | Status |
|----------|-------------|------------|------|----------------------------|---------|--------|
| 64GB | TH58LKG9DA5BA4R | BiCS FLASH™ | MLC SLC mode supported | 0 to 70 | 154Ball BGA 11.5x13.5mm | Production |
| 128GB | TH58LKT0DA5BA8R | | | | | |
| 256GB | TH58LKT1DA5BA8S | | | | | |

## Support



**Inquiries / Support Regarding Business Products**

Please contact us if you have any technical questions, requests for materials, are interested in samples or purchases of business products (Memory, SSD), etc.

2

13.    KIOXIA also sells infringing semiconductor memory modules to third-party business customers, which in turn incorporate the infringing semiconductor memory modules into consumer electronics, including smart phones, servers, computers, tablets, automobiles, hard drives, and more. KIOXIA actively encourages and supports its customers' efforts to use, sell, offer to sell, and import the infringing semiconductor memory modules after they have been incorporated into consumer electronics.

---

2 https://www.kioxia.com/en-jp/business/memory/xlflash.html

14.    For example, KIOXIA actively promotes and attempts to sell its products in the United States, including through attendance at major events like the 2025 One Compute Project Global Summit held in San Jose from October 13-15.[3]

15.    Through its direct and indirect customers, KIOXIA has purposefully and voluntarily placed, and contributed to placing, infringing products into the stream of commerce, all the while knowing, expecting, and intending them to be sold, purchased, and used in the United States, including Texas (the second most populous state in the United States) and this District.

16.    KIOXIA also directly and/or through its agents and subsidiaries offers to sell, sells, imports, and/or advertises its infringing semiconductor memory modules throughout the United States, including Texas and this District.

17.    Upon information and belief, KIOXIA has derived, and continues to derive, substantial revenue from its infringing acts in Texas and this District, including from the sale and use of infringing semiconductor memory modules.

18.    KIOXIA therefore knows, expects, intends, and desires that its infringing semiconductor products, and electronics containing its infringing semiconductor products, will be sold in the United States, Texas, and this District.

19.    KIOXIA has committed acts, and continues to commit acts, within Texas and this District giving rise to this action. KIOXIA has established sufficient minimum contacts with the State of Texas, such that the Court's exercise of jurisdiction over this matter would not offend traditional notions of fair play and substantial justice.

---

[3] https://americas.kioxia.com/en-us/business/news/2025/ssd-20251009-2.html

## FACTUAL BACKGROUND

20.     On May 24, 2022, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,342,214 (the "'214 Patent") entitled "Methods for Producing a 3D Semiconductor Memory Device and Structure." A true and correct copy of the '214 Patent is available                                                                                                            at: https://patentimages.storage.googleapis.com/cd/a1/db/d9f1ef745ffd9e/US11342214.pdf..

21.     On October 18, 2022, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,476,181 (the "'181 Patent") entitled "3D Semiconductor Device and Structure with Metal Layers." A true and correct copy of the '181 Patent is available at: https://patentimages.storage.googleapis.com/e0/e1/a3/4c1e95991de883/US11476181.pdf.

22.     On February 28, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,594,473 (the "'473 Patent") entitled "3D Semiconductor Device and Structure with Metal Layers and a Connective Path." A true and correct copy of the '473 Patent is                                        available                                            at: https://patentimages.storage.googleapis.com/a8/d5/c1/5f357865aaaa7c/US11594473B2.pdf.

23.     On March 21, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,610,802 (the "'802 Patent") entitled "Method For Producing A 3D Semiconductor Device and Structure with Single Crystal Transistors and Metal Gate Electrodes." A     true     and     correct     copy     of     the     '802     Patent     is     available     at: https://patentimages.storage.googleapis.com/72/00/c9/f2cec670e5d346/US11610802.pdf.

24.     On October 31, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,804,396 (the "'396 Patent") entitled "Methods for Producing A 3D Semiconductor Device and Structure with Memory Cells and Multiple Metal Layers." A true

and correct copy of the '396 Patent is available at: https://patentimages.storage.googleapis.com/8a/c5/da/58ef6bfc72404a/US11804396.pdf.

25.    On January 2, 2024, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,862,503 (the "'503 Patent") entitled "Method for Producing a 3D Semiconductor Device and Structure with Memory Cells and Multiple Metal Layers." A true and correct copy of the '503 Patent is available at: https://patentimages.storage.googleapis.com/4a/20/0e/1dd6a188b16da8/US11862503.pdf.

26.    On April 4, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,621,240 (the "'240 Patent") entitled "3D Memory Devices and Structures With Control Circuits." A true and correct copy of the '240 Patent is available at: https://patentimages.storage.googleapis.com/2b/b2/a2/ef11c46cca9a71/US11621240.pdf.

27.    On February 11, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,225,737 (the "'737 Patent") entitled "Method for Producing 3D Semiconductor Devices And Structures With Transistors And Memory Cells." A true and correct copy of the '737 Patent is available at: https://patentimages.storage.googleapis.com/1b/09/8b/f3292980a379db/US12225737.pdf.

28.    MonolithIC 3D is the sole and exclusive owner of all right, title, and interest to and in the '214 Patent, the '181 Patent, the '473 Patent, the '802 Patent, the '396 Patent, the '503 Patent, the '240 Patent, and the '737 Patent (collectively the "Patents-in-Suit" or "Asserted Patents"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patent-in-Suit, including the filing of this patent infringement lawsuit. MonolithIC 3D also has the right to recover all damages for past, present, and future infringement of the Patent-in-Suit and to seek injunctive relief as appropriate under the law.

29.    MonolithIC 3D is an innovator in computer memory, logic, and electro-optics. MonolithIC 3D was originally founded and incorporated in 2009 under the name NuPGA by Zvi Or-Bach, the President and CEO of MonolithIC 3D. NuPGA's mission was to develop programmable logic technology with density, speed, and power approaching application-specific integrated circuits ("ASICs"). While developing improved field-programmable gate array ("FPGA") technology, the NuPGA team discovered a path for practical monolithic 3D integrated circuits ("IC"). Recognizing that this breakthrough and its many related innovations represented a paradigm shift for the entire semiconductor industry, Mr. Or-Bach changed the company strategy to focus on monolithic 3D-ICs and renamed the company to MonolithIC 3D$^{TM}$ Inc.

30.    MonolithIC 3D has more than 300 U.S. Patents related to multi-level IC technology, including and over 90 U.S. Patents related to 3D NAND flash memory technology and over 30 patents related to high bandwidth memory (HBM) technology.

31.    The Patents-in-Suit generally relate to semiconductor memory devices and fabrication methods. The technology of the Patent-in-Suit was variously developed Zvi Or-Bach, Deepak C. Sekar, Brian Cronquist, Israel Beinglass, and Zeev Wurman of Monolithic 3D. Some embodiments of the invention provide 3D stacked NAND integrated circuits. KIOXIA uses this technology, for example, in its implementation of NAND memory.

32.    KIOXIA has infringed and is continuing to infringe the Patent-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell and/or importing products comprising 3D memory, including at least all 3D NAND memory (the "Accused Products"). For example, the Accused Products include all KIOXIA SSD products comprising 3D NAND, such as all CM Series, PM Series, RM Series, FL Series, CD

Series, XD Series, BG Series, and XG Series SSDs. For example, the Accused Products include all KIOXIA NAND storage products including all 3D Flash Memory (*e.g.*, BiCS Flash).

33.    KIOXIA has had knowledge and notice of the Asserted Patents and its infringement thereof, at least as of the filing of this Complaint.

**COUNT I**
**(Infringement of the '214 Patent)**

34.    Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

35.    MonolithIC 3D has not licensed or otherwise authorized KIOXIA to make, use, offer for sale, sell, or import any products that embody the inventions of the '214 Patent.

36.    Defendant has and continues to directly infringe the '214 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271(g), by importing into the United States, offering to sell, selling, or using with the United States, products that satisfy each and every limitation of one or more claims of the '214 Patent. These products include at least the Accused Products, such as Kioxia part number T2BIGB5A2V comprising BiCS8 3D BiCs Flash memory.







Eight Stacked Dies Cross-sectioned
(Optical Image)

3D NAND Die Photograph
(eight stacked dies – five visible – after removal from chip encapsulation)

3D NAND Die Marking Photograph

37.    For example, Defendant has and continues to infringe at least claim 1 of the '214 Patent under 35 U.S.C. § 271(g) by making, using, offering to sell, selling, and/or importing into the United States products made by a process for producing a 3D memory device, the method comprising: providing a first level comprising a first single crystal layer; forming a plurality of first transistors each comprising a single crystal channel; forming a first metal layer and a second

metal layer, wherein said first level comprises said plurality of first transistors, said first metal layer, and said second metal layer; forming at least one second level disposed above said second metal layer; performing a first etch step comprising etching first holes within said second level; forming at least one third level above said at least one second level; performing a second etch step comprising etching second holes within said third level; and performing additional processing steps to form a plurality of first memory cells within said second level and a plurality of second memory cells within said third level, wherein said first memory cells each comprise one first memory transistor, and wherein said second memory cells each comprise one second memory transistor.

38.     Each Accused Product is made by a process for producing a 3D memory device, the method comprising: providing a first level comprising a first single crystal layer and forming a plurality of first transistors, each comprising a single crystal channel. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory. The CMOS peripheral circuits of the BiCS8 3D BiCs Flash memory are single crystal silicon transistors.



39.    Each Accused Product is made by a process of forming a first metal layer and a second metal layer, wherein said first level comprises said plurality of first transistors, said first metal layer, and said second metal layer; and forming at least one second level disposed above said second metal layer. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



40.    Each Accused Product is made by a process of performing a first etch step comprising etching first holes within said second level. For example, in the Accused BiCS8 3D BiCs Flash memory, after the lithography patterning step, memory tube holes are etched followed by deposition of dielectrics and the polysilicon channel. For example, the layers of each deck are formed by lithography patterning and etch of the memory tube, followed by gate dielectrics depositions, polysilicon channel deposition, and oxide tube fill. These elements are further demonstrated by the below diagrams.



After the lithography patterning step, memory tube holes are etched, followed by deposition of dielectrics and the polysilicon channel.



41.     Each Accused Product is made by a process of forming at least one third level above said at least one second level. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



42.     Each Accused Product is made by a process of performing a second etch step comprising etching second holes within said third level. For example, the etching to form the vertical memory tube in Nand deck 2 of the BiCS8 3D BiCs Flash memory is identical to the process used for Nand deck 1 described above.

43.     Each Accused Product is made by a process of performing additional processing steps to form a plurality of first memory cells within said second level and a plurality of second memory cells within said third level. For example, in the BiCS8 3D BiCs Flash memory, identical

lithography, etching, and deposition process is used to form the vertical memory tubes in Decks 1 and 2.

44.    Each Accused Product is made by a process wherein said first memory cells each comprise one first memory transistor. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



45.    Each Accused Product is made by a process wherein said second memory cells each comprise one second memory transistor. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



46.    The Accused Products are not materially changed by subsequent processes. For example, the BiCS8 3D BiCs Flash memory is a memory integrated circuit which operates as a unit and is not modified at the chip level following its manufacture.

47.    The Accused Products do not become trivial or nonessential components of another product. For example, the BiCS8 3D BiCs Flash memory provides flash storage necessary for the operation of computers and other products which incorporate it.

48.    KIOXIA has willfully infringed, and continues to willfully infringe, the '214 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while knowing, or taking deliberate steps to avoid learning, that those acts infringe. For example, upon information and belief, KIOXIA has known of MonolithIC 3D's patents, including the '214 Patent.

49.    MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement and willful infringement of the '214 Patent in an amount to be proved at trial.

50.    MonolithIC 3D has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '214 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT II
### (Infringement of the '181 Patent)

51.    Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

52.    MonolithIC 3D has not licensed or otherwise authorized KIOXIA to make, use, offer for sale, sell, or import any products that embody the inventions of the '181 Patent.

53.    KIOXIA has and continues to directly infringe the '181 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '181 Patent. These products include at least the Accused Products, such as the Kioxia part number T2BIGB5A2V comprising BiCS8 3D BiCs Flash memory.







Eight Stacked Dies Cross-sectioned
(Optical Image)

3D NAND Die Photograph
(eight stacked dies – five visible – after removal from chip encapsulation)

3D NAND Die Marking Photograph

54.     For example, Defendant has and continues to directly infringe at least claim 4 of the '181 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a 3d semiconductor device, the device comprising: a first level comprising a single crystal silicon layer and a plurality of first transistors, said plurality of first transistors each comprising a single crystal channel; a first metal layer overlaying said plurality of first transistors;

a second metal layer overlaying said first metal layer; a third metal layer overlaying said second metal layer; a second level, wherein said second level overlays said first level, wherein said second level comprises a plurality of second transistors; a fourth metal layer overlaying said second level; and a connective path between said fourth metal layer and said third metal layer or said second metal layer, wherein said connective path comprises a via disposed through said second level, wherein said via has a diameter of less than 500 nm and greater than 5 nm, wherein at least one of said plurality of second transistors is vertically oriented, and wherein said third metal layer is connected to provide a power or a ground signal to at least one of said plurality of second transistors.

55.     Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising a single crystal silicon layer and a plurality of first transistors, said plurality of first transistors each comprising a single crystal channel. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory. The plurality of first transistors are formed in the single crystal silicon substrate, and each transistor is a single crystal channel device.



56.     Each Accused Product comprises a first metal layer overlaying said plurality of first transistors; a second metal layer overlaying said first metal layer; a third metal layer overlaying said second metal layer; and a second level. For example, the third metal layer is a bitline level. The below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



57.    Each Accused Product comprises a system wherein said second level overlays said first level, and wherein said second level comprises a plurality of second transistors. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



58.    Each Accused Product comprises a fourth metal layer overlaying said second level fourth metal layer overlaying said second level. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



59.    Each Accused Product comprises a connective path between said fourth metal layer and said third metal layer or said second metal layer. For example, in the BiCS8 3D BiCs Flash memory, the external connection to the 3D NAND occurs through the bond wires attached to the fourth metal. This fourth metal is connected to other metals by vias, *e.g.*, vertical via paths from the second metal layer to the fourth metal layer.



60.    Each Accused Product comprises a system wherein said connective path comprises a via disposed through said second level. For example, the below diagram demonstrates these elements in the accused BiCS8 3D BiCs Flash memory.



61.    Each Accused Product comprises a system wherein said via has a diameter of less than 500 nm and greater than 5 nm. For example, the below diagram demonstrates these elements in the accused BiCS8 3D BiCs Flash memory.



62.    Each Accused Product comprises a system wherein at least one of said plurality of second transistors is vertically oriented. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



Via Cross-section (Cell detail of Deck 2, SEM)

63.    Each Accused Product comprises a system wherein said third metal layer is connected to provide a power or a ground signal to at least one of said plurality of second transistors. For example, voltage is applied to the 3D NAND through the bitline forming the third metal layer.



64.    KIOXIA indirectly infringes one or more claims of the '181 Patent by knowingly and intentionally inducing others, including KIOXIA customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Platinum BiCS8 3D BiCs Flash memories.

65.    KIOXIA indirectly infringes one or more claims of the '181 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as KIOXIA's customers and end-users, in this District and elsewhere in the United States. For example, KIOXIA's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '181 Patent. KIOXIA induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the

Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of KIOXIA's inducement, KIOXIA's customers and end-users use the Accused Products in a way KIOXIA intends and directly infringe the '181 Patent. KIOXIA performs these affirmative acts with knowledge of the '181 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '181 Patent.

66.    KIOXIA indirectly infringes one or more claims of the '181 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. KIOXIA's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '181 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '181 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by KIOXIA to be especially made or adapted for use in the infringement of the '181 Patent. KIOXIA performs these affirmative acts with knowledge of the '181 Patent and with intent, or willful blindness, that it causes the direct infringement of the '181 Patent.

67.    KIOXIA has willfully infringed, and continues to willfully infringe, the '181 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while knowing, or taking deliberate steps to avoid learning, that those acts infringe. For example, upon information and belief, KIOXIA has known of MonolithIC 3D's patents, including the '181 Patent.

68.    MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement and willful infringement of the '181 Patent in an amount to be proved at trial.

69.    MonolithIC 3D has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '181 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

**COUNT III**
**(Infringement of the '473 Patent)**

70.    Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

71.    MonolithIC 3D has not licensed or otherwise authorized KIOXIA to make, use, offer for sale, sell, or import any products that embody the inventions of the '473 Patent.

72.    KIOXIA has and continues to directly infringe the '473 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '473 Patent. These products include at least the Accused Products, such as the Kioxia part number T2BIGB5A2V comprising BiCS8 3D BiCs Flash memory.







Eight Stacked Dies Cross-sectioned
(Optical Image)

3D NAND Die Photograph
(eight stacked dies – five visible – after removal from chip encapsulation)

3D NAND Die Marking Photograph

73.    For example, Defendant has and continues to directly infringe at least claim 13 of the '473 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a 3D semiconductor device, the device comprising: a first level comprising a single crystal silicon layer and a plurality of first transistors, said plurality of first transistors each comprising a single crystal channel; a first metal layer overlaying said plurality of first transistors;

a second metal layer overlaying said first metal layer; a third metal layer overlaying said second metal layer; a second level, wherein said second level is disposed above said third metal layer, wherein said second level comprises a plurality of second transistors; a fourth metal layer disposed above said second level; and a connective path between said fourth metal layer and either said third metal layer or said second metal layer, wherein said connective path comprises a via disposed through said second level, wherein said via has a diameter of less than 800 nm and greater than 5 nm, wherein at least one of said plurality of second transistors comprises a metal gate; and an overall chip power-grid structure, wherein said overall chip power-grid structure comprises said fourth metal layer.

74.    Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising a single crystal silicon layer and a plurality of first transistors, said plurality of first transistors each comprising a single crystal channel. For example, the plurality of first transistors are formed in the single crystal silicon substrate, and each transistor is a single crystal channel device.



75.    Each Accused Product comprises a first metal layer overlaying said plurality of first transistors; a second metal layer overlaying said first metal layer; and a third metal layer overlaying said second metal layer. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory. For example, the third metal layer is a bitline level.



76. Each Accused Product comprises a second level, wherein said second level is disposed above said third metal layer, and wherein said second level comprises a plurality of second transistors. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



77.    Each Accused Product comprises a fourth metal layer disposed above said second level. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



78.    Each Accused Product comprises a connective path between said fourth metal layer and either said third metal layer or said second metal layer. For example, in the BiCS8 3D BiCS Flash memory, the external connection to the 3D NAND occurs through the bond wires attached to the fourth metal. This fourth metal is connected to other metals by vias, e.g., vertical via paths from the second metal layer to the fourth metal layer.



79.    Each Accused Product comprises a system wherein said connective path comprises a via disposed through said second level. For example, the below diagram demonstrates these elements in the accused BiCS8 3D BiCs Flash memory.



80.    Each Accused Product comprises a system wherein said via has a diameter of less than 800 nm and greater than 5 nm. For example, the below diagram demonstrates these elements in the accused BiCS8 3D BiCs Flash memory.



81.     Each Accused Product comprises a system wherein at least one of said plurality of second transistors comprises a metal gate. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



Via Cross-section (SEM)

82.     Each Accused Product comprises an overall chip power-grid structure, wherein said overall chip power-grid structure comprises said fourth metal layer. For example, the top metal on the NAND die is used for global power distribution, among other functions.



83.    KIOXIA indirectly infringes one or more claims of the '473 Patent by knowingly and intentionally inducing others, including KIOXIA customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Platinum BiCS8 3D BiCs Flash memories.

84.    KIOXIA indirectly infringes one or more claims of the '473 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as KIOXIA's customers and end-users, in this District and elsewhere in the United States. For example, KIOXIA's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '473 Patent. KIOXIA induces this direct infringement through its

affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of KIOXIA's inducement, KIOXIA's customers and end-users use the Accused Products in a way KIOXIA intends and directly infringe the '473 Patent. KIOXIA performs these affirmative acts with knowledge of the '473 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '473 Patent.

85.    KIOXIA indirectly infringes one or more claims of the '473 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. KIOXIA's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '473 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '473 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by KIOXIA to be especially made or adapted for use in the infringement of the '473 Patent. KIOXIA performs these affirmative acts with knowledge of the '473 Patent and with intent, or willful blindness, that it causes the direct infringement of the '473 Patent.

86.    MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement of the '473 Patent in an amount to be proved at trial.

87.    KIOXIA has willfully infringed, and continues to willfully infringe, the '473 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while

knowing, or taking deliberate steps to avoid learning, that those acts infringe. For example, upon information and belief, KIOXIA has known of MonolithIC 3D's patents, including the '473 Patent.

88.     MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement and willful infringement of the '473 Patent in an amount to be proved at trial.

89.     MonolithIC 3D has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '473 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT IV
### (Infringement of the '802 Patent)

90.     Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

91.     MonolithIC 3D has not licensed or otherwise authorized KIOXIA to make, use, offer for sale, sell, or import any products that embody the inventions of the '802 Patent.

92.     Defendant has and continues to directly infringe the '802 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271(g), by importing into the United States, offering to sell, selling, or using with the United States, products that satisfy each and every limitation of one or more claims of the '802 Patent. These products include at least the Accused Products, such as the Kioxia part number T2BIGB5A2V comprising BiCS8 3D BiCs Flash memory.







Eight Stacked Dies Cross-sectioned
(Optical Image)

3D NAND Die Photograph
(eight stacked dies – five visible – after removal from chip encapsulation)

3D NAND Die Marking Photograph

93.     For example, Defendant has and continues to infringe at least claim 8 of the '802

Patent under 35 U.S.C. § 271(g) by making, using, offering to sell, selling, and/or importing into

the United States products made by a process: A method for producing a 3D semiconductor device,

the method comprising: providing a first level, said first level comprising a first single crystal

layer; forming peripheral circuitry in and/or on said first level, wherein said peripheral circuitry

comprises first single crystal transistors; forming a first metal layer on top of said first level; forming a second metal layer on top of said first metal layer; forming at least one second level disposed on top of or above said second metal layer; performing a first lithography step on said second level; forming at least one third level disposed on top of or above said at least one second level; performing a second lithography step on said third level; performing additional processing steps to form a plurality of first memory cells within said second level and a plurality of second memory cells within said third level, wherein said additional processing steps comprise deposition processes and etch processes, wherein each of said plurality of first memory cells comprises at least one second transistor, wherein each of said plurality of second memory cells comprises at least one third transistor; and then performing a deposition step to simultaneously deposit gate electrodes on both said at least one second transistor and said at least one third transistor.

94.    Each Accused Product is made by a process for producing a method for producing a 3D semiconductor device, the method comprising: providing a first level, said first level comprising a first single crystal layer. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory. The CMOS peripheral circuits of the BiCS8 3D BiCs Flash memory are single crystal silicon transistors.



95. Each Accused Product is made by a process of forming peripheral circuitry in and/or on said first level, wherein said peripheral circuitry comprises first single crystal transistors. For example, the below diagram demonstrates these elements in the BiCS8 3D BiCs Flash memory.



96.    Each Accused Product is made by a process of forming a first metal layer on top of said first level; forming a second metal layer on top of said first metal layer; forming at least one second level disposed on top of or above said second metal layer. For example, the diagram below demonstrates these elements in the BiCS8 3D BiCs Flash memory.



97.    Each Accused Product is made by a process of performing a first lithography step on said second level. For example, the memory tubes of 3D NAND deck 1 are formed by a lithography step prior to being etched. For example, in the Accused BiCS8 3D BiCs Flash memory, after the lithography patterning step, memory tube holes are etched followed by deposition of dielectrics and the polysilicon channel. For example, the layers of each deck are formed by lithography patterning and etch of the memory tube, followed by gate dielectrics depositions, polysilicon channel deposition, and oxide tube fill.



98.    Each Accused Product is made by a process of forming at least one third level disposed on top of or above said at least one second level; and performing a second lithography step on said third level. For example, the memory tubes of NAND deck 2 are formed by a lithography step prior to being etched. For example, in the Accused BiCS8 3D BiCs Flash memory, after the lithography patterning step, memory tube holes are etched followed by deposition of dielectrics and the polysilicon channel. For example, the layers of each deck are formed by lithography patterning and etch of the memory tube, followed by gate dielectrics depositions, polysilicon channel deposition, and oxide tube fill.



99.    Each Accused Product is made by a process of performing additional processing steps to form a plurality of first memory cells within said second level and a plurality of second memory cells within said third level, wherein said additional processing steps comprise deposition processes and etch processes. For example, the layers of each NAND deck of the BiCS8 3D BiCs Flash memory are formed by lithography patterning and etching of each memory tube, gate dielectric depositions, polysilicon channel deposition, and oxide tube fill.



**a plurality of second memory cells within said third level**

**a plurality of first memory cells within said second level**



100.    Each Accused Product is made by a process wherein each of said plurality of first memory cells comprises at least one second transistor. For example, the diagram below demonstrates these elements in the BiCS8 3D BiCs Flash memory.



101.    Each Accused Product is made by a process wherein each of said plurality of second memory cells comprises at least one third transistor. For example, the diagram below demonstrates these elements in the BiCS8 3D BiCs Flash memory.



102.    Each Accused Product is made by a process of performing a deposition step to simultaneously deposit gate electrodes on both said at least one second transistor and said at least one third transistor. For example, the slit is formed through both decks, SiN is removed with an etchant, and W gate electrodes are formed simultaneously for both decks.



103.    The Accused Products are not materially changed by subsequent processes. For example, the BiCS8 3D BiCs Flash memory is a memory integrated circuit which operates as a unit and is not modified at the chip level following its manufacture.

104.    The Accused Products do not become trivial or nonessential components of another product. For example, the BiCS8 3D BiCs Flash memory provides flash storage necessary for the operation of computers and other products which incorporate it.

105.    KIOXIA has willfully infringed, and continues to willfully infringe, the '802 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while

knowing, or taking deliberate steps to avoid learning, that those acts infringe. For example, upon information and belief, KIOXIA has known of MonolithIC 3D's patents, including the '802 Patent.

106.    MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement and willful infringement of the '802 Patent in an amount to be proved at trial.

107.    MonolithIC 3D has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '802 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

<u>**COUNT V**</u>
**(Infringement of the '396 Patent)**

108.    Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

109.    MonolithIC 3D has not licensed or otherwise authorized KIOXIA to make, use, offer for sale, sell, or import any products that embody the inventions of the '396 Patent.

110.    Defendant has and continues to directly infringe the '396 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271(g), by importing into the United States, offering to sell, selling, or using with the United States, products that satisfy each and every limitation of one or more claims of the '396 Patent. These products include at least the Accused Products, such as the Kioxia part number T2BIGB5A2V comprising BiCS8 3D BiCs Flash memory.







Eight Stacked Dies Cross-sectioned
(Optical Image)

3D NAND Die Photograph
(eight stacked dies – five visible – after removal from chip encapsulation)

3D NAND Die Marking Photograph

111.    For example, Defendant has and continues to infringe at least claim 1 of the '396 Patent under 35 U.S.C. § 271(g) by making, using, offering to sell, selling, and/or importing into the United States products made by a method for producing a method for producing a 3D semiconductor device, the method comprising: providing a first level, said first level comprising a first single crystal layer; forming a first metal layer on top of said first level; forming a second

metal layer on top of said first metal layer; forming at least one second level disposed on top of or above said second metal layer; performing a first lithography step on said second level; forming at least one third level disposed on top of or above said at least one second level; performing additional processing steps to form a plurality of first memory cells within said at least one second level; performing said additional processing steps to form a plurality of second memory cells within said at least one third level, wherein said additional processing steps comprise deposition processes and etch processes, wherein each of said plurality of first memory cells comprises at least one second transistor, wherein each of said plurality of second memory cells comprises at least one third transistor; and then performing at least one deposition step which deposits gate electrodes for both said at least one second transistor and said at least one third transistor; and forming at least four independent memory arrays, wherein said at least four independent memory arrays comprise portions of said plurality of first memory cells and/or portions of said plurality of second memory cells.

112.    Each Accused Product is made by a process for producing a 3D semiconductor device, the method comprising: providing a first level, said first level comprising a first single crystal layer; forming a first metal layer on top of said first level. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory. The CMOS peripheral circuits of the BiCS8 3D BiCs Flash memory are single crystal silicon transistors.



113.    Each Accused Product is made by a process of forming a second metal layer on top of said first metal layer; and forming at least one second level disposed on top of or above said second metal layer. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



114.   Each Accused Product is made by a process of performing a first lithography step on said second level. For example, the memory tubes of 3D NAND deck 1 are formed by a lithography step prior to being etched.



115.    Each Accused Product is made by a process of forming at least one third level disposed on top of or above said at least one second level. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



116.    Each Accused Product is made by a process of performing additional processing steps to form a plurality of first memory cells within said at least one second level. For example, the layers of each NAND deck of the BiCS8 3D BiCs Flash memory, as shown below, are formed by lithography patterning and etching of each memory tube, gate dielectric depositions, polysilicon channel deposition, and oxide tube fill.





117. Each Accused Product is made by a process of performing said additional processing steps to form a plurality of second memory cells within said at least one third level, and

wherein said additional processing steps comprise deposition processes and etch processes. For example, the etching to form the vertical memory tube in Nand deck 2 of the BiCS8 3D BiCs Flash memory identical to the process used for Nand deck 1 described above.

118.    Each Accused Product is made by a process wherein each of said plurality of first memory cells comprises at least one second transistor. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



119.    Each Accused Product is made by a process wherein each of said plurality of second memory cells comprises at least one third transistor. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



120.    Each Accused Product is made by a process of performing at least one deposition step which deposits gate electrodes for both said at least one second transistor and said at least one third transistor. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



121.    Each Accused Product is made by a process of forming at least four independent memory arrays, wherein said at least four independent memory arrays comprise portions of said plurality of first memory cells and/or portions of said plurality of second memory cells. For example, the BiCS8 3D BiCs Flash memory comprises at least four independent arrays on the die, each containing the full stack of NAND flash memory cells.



122.    The Accused Products are not materially changed by subsequent processes. For example, the BiCS8 3D BiCs Flash memory is a memory integrated circuit which operates as a unit and is not modified at the chip level following its manufacture.

123.    The Accused Products do not become trivial or nonessential components of another product. For example, the BiCS8 3D BiCs Flash memory provides flash storage necessary for the operation of computers and other products which incorporate it.

124.    KIOXIA has willfully infringed, and continues to willfully infringe, the '396 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while knowing, or taking deliberate steps to avoid learning, that those acts infringe. For example, upon information and belief, KIOXIA has known of MonolithIC 3D's patents, including the '396 Patent.

125.    MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement and willful infringement of the '396 Patent in an amount to be proved at trial.

126.    MonolithIC 3D has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '396 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT VI
### (Infringement of the '503 Patent)

127.    Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

128.    MonolithIC 3D has not licensed or otherwise authorized KIOXIA to make, use, offer for sale, sell, or import any products that embody the inventions of the '503 Patent.

129.    Defendant has and continues to directly infringe the '503 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271(g), by importing into the United States, offering to sell, selling, or using with the United States, products that satisfy each and every limitation of one or more claims of the '503 Patent. These products include at least the Accused Products, such as the Kioxia part number T2BIGB5A2V comprising BiCS8 3D BiCs Flash memory.







Eight Stacked Dies Cross-sectioned
(Optical Image)

3D NAND Die Photograph
(eight stacked dies – five visible – after removal from chip encapsulation)

3D NAND Die Marking Photograph

130. For example, Defendant has and continues to infringe at least claim 1 of the '503 Patent under 35 U.S.C. § 271(g) by making, using, offering to sell, selling, and/or importing into the United States products made by a method for producing a 3D semiconductor device, the method comprising: providing a first level, said first level comprising a first single crystal layer; forming a first metal layer on top of said first level; forming a second metal layer on top of said

first metal layer; forming at least one second level disposed on top of or above said second metal layer; performing a first lithography step on said second level; forming at least one third level disposed on top of or above said at least one second level; and then performing a second lithography step on said third level; performing additional processing steps to form a plurality of first memory cells within said at least one second level and a plurality of second memory cells within said at least one third level, wherein said additional processing steps comprise deposition processes and etch processes, wherein each of said plurality of first memory cells comprises at least one second transistor, wherein each of said plurality of second memory cells comprises at least one third transistor; and then performing at least one deposition step that simultaneously deposits gate electrodes for both said second transistors and said third transistors.

131.    Each Accused Product is made by a process for producing: A method for producing a 3D semiconductor device, the method comprising: providing a first level, said first level comprising a first single crystal layer; forming a first metal layer on top of said first level; forming a second metal layer on top of said first metal layer; and forming at least one second level disposed on top of or above said second metal layer. For example, the CMOS peripheral circuits of the BiCS8 3D BiCs Flash memory are single crystal silicon transistors.



132.    Each Accused Product is made by a process of performing a first lithography step on said second level. For example, the memory tubes of 3D NAND deck 1 are formed by a lithography step prior to being etched.



133.    Each Accused Product is made by a process of forming at least one third level disposed on top of or above said at least one second level; and then performing a second lithography step on said third level. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



134.    Each Accused Product is made by a process of performing additional processing steps to form a plurality of first memory cells within said at least one second level and a plurality of second memory cells within said at least one third level, wherein said additional processing steps comprise deposition processes and etch processes. For example, after the lithography patterning step, memory tube holes are etched, followed by deposition of dielectrics and the polysilicon channel. The layers in each deck are formed by lithography patterning and etch of memory holes, gate dielectrics depositions, polysilicon channel deposition, and oxide tube fill.





135.    Each Accused Product is made by a process wherein each of said plurality of first memory cells comprises at least one second transistor. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



136.    Each Accused Product is made by a process of wherein each of said plurality of second memory cells comprises at least one third transistor. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



137.    Each Accused Product is made by a process of performing at least one deposition step that simultaneously deposits gate electrodes for both said second transistors and said third transistors. For example, the slit is formed through both decks, SiN is removed with an etchant, and W gate electrodes are formed simultaneously for both decks.



138.    The Accused Products are not materially changed by subsequent processes. For example, the BiCS8 3D BiCs Flash memory is a memory integrated circuit which operates as a unit and is not modified at the chip level following its manufacture.

139.    The Accused Products do not become trivial or nonessential components of another product. For example, the BiCS8 3D BiCs Flash memory provides flash storage necessary for the operation of computers and other products which incorporate it.

140.    KIOXIA has willfully infringed, and continues to willfully infringe, the '503 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while knowing, or taking deliberate steps to avoid learning, that those acts infringe. For example, upon information and belief, KIOXIA has known of MonolithIC 3D's patents, including the '503 Patent.

141.    MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement and willful infringement of the '503 Patent in an amount to be proved at trial.

142.    MonolithIC 3D has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '503 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT VII
### (Infringement of the '240 Patent)

143.    Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

144.    MonolithIC 3D has not licensed or otherwise authorized KIOXIA to make, use, offer for sale, sell, or import any products that embody the inventions of the '240 Patent.

145.    KIOXIA has and continues to directly infringe the '240 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '240 Patent. These products include at least the Accused Products, such as the Kioxia part number T2BIGB5A2V comprising BiCS8 3D BiCs Flash memory.







Eight Stacked Dies Cross-sectioned
(Optical Image)

3D NAND Die Photograph
(eight stacked dies – five visible – after removal from chip encapsulation)

3D NAND Die Marking Photograph

146.    For example, Defendant has and continues to directly infringe at least claim 1 of the '240 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a semiconductor device, the device comprising: a first level comprising control circuits, wherein said control circuits comprise a plurality of first transistors and a plurality of metal layers; a memory level disposed on top of said first level, wherein said memory level

comprises an array of memory cells, wherein each of said memory cells comprise at least one second transistor, wherein said control circuits control said array of memory cells, wherein said first level is bonded to said memory level, wherein said bond comprises oxide to oxide bonding regions and a plurality of metal to metal bonding regions, and wherein at least one of said memory cells is disposed directly above at least one of said plurality of metal to metal bonding regions.

147.    Each Accused Product comprises a semiconductor device, the device comprising: a first level comprising control circuits, wherein said control circuits comprise a plurality of first transistors and a plurality of metal layers; a memory level disposed on top of said first level. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



148.    Each Accused Product comprises a system wherein said memory level comprises an array of memory cells. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



149.    Each Accused Product comprises a system wherein each of said memory cells comprise at least one second transistor. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



150.    Each Accused Product comprises a system wherein said control circuits control said array of memory cells. For example, all control including addressing and data flow into and out of the memory cells takes place in the control circuits of the CMOS bonded to array.



151.    Each Accused Product comprises a system wherein said first level is bonded to said memory level. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



152.    Each Accused Product comprises a system wherein said bonded comprises oxide to oxide bonding regions and a plurality of metal to metal bonding regions, and wherein at least one of said memory cells is disposed directly above at least one of said plurality of metal to metal bonding regions. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



153.    KIOXIA indirectly infringes one or more claims of the '240 Patent by knowingly and intentionally inducing others, including KIOXIA customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Platinum BiCS8 3D BiCs Flash memories.

154.    KIOXIA indirectly infringes one or more claims of the '240 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as KIOXIA's customers and end-users, in this District and elsewhere in the United States. For example, KIOXIA's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '240 Patent. KIOXIA induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the

Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of KIOXIA's inducement, KIOXIA's customers and end-users use the Accused Products in a way KIOXIA intends and directly infringe the '240 Patent. KIOXIA performs these affirmative acts with knowledge of the '240 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '240 Patent.

155.    KIOXIA indirectly infringes one or more claims of the '240 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. KIOXIA's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '240 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '240 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by KIOXIA to be especially made or adapted for use in the infringement of the '240 Patent. KIOXIA performs these affirmative acts with knowledge of the '240 Patent and with intent, or willful blindness, that it causes the direct infringement of the '240 Patent.

156.    MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement of the '240 Patent in an amount to be proved at trial.

157.    KIOXIA has willfully infringed, and continues to willfully infringe, the '240 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while

knowing, or taking deliberate steps to avoid learning, that those acts infringe. For example, upon information and belief, KIOXIA has known of MonolithIC 3D's patents, including the '240 Patent.

158.    MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement and willful infringement of the '240 Patent in an amount to be proved at trial.

159.    MonolithIC 3D has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '240 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT VIII
### (Infringement of the '737 Patent)

160.    Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

161.    MonolithIC 3D has not licensed or otherwise authorized KIOXIA to make, use, offer for sale, sell, or import any products that embody the inventions of the '737 Patent.

162.    Defendant has and continues to directly infringe the '737 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271(g), by importing into the United States, offering to sell, selling, or using with the United States, products that satisfy each and every limitation of one or more claims of the '737 Patent. These products include at least the Accused Products, such as the Kioxia part number T2BIGB5A2V comprising BiCS8 3D BiCs Flash memory.







Eight Stacked Dies Cross-sectioned
(Optical Image)

3D NAND Die Marking Photograph

3D NAND Die Photograph
(eight stacked dies – five visible – after removal from chip encapsulation)

163.    For example, Defendant has and continues to infringe at least claim 1 of the '737

Patent under 35 U.S.C. § 271(g) by making, using, offering to sell, selling, and/or importing into

the United States products made by a method for producing a 3D semiconductor device, the

method comprising: providing a first level, said first level comprising a first single crystal layer;

forming memory control circuits in and/or on said first level, wherein said memory control circuits

comprise first single crystal transistors, and wherein said memory control circuits comprise at least two interconnection metal layers; forming at least one second level disposed above said memory control circuits; performing a first etch step into said second level; forming at least one third level disposed on top of said second level; performing additional processing steps to form a plurality of first memory cells within said second level and a plurality of second memory cells within said third level, wherein each of said plurality of first memory cells comprises at least one second transistor, wherein each of said plurality of second memory cells comprises at least one third transistor, and wherein said at least one second transistor comprises a metal gate; and performing bonding of said first level to said second level, wherein said bonding comprises oxide to oxide bonding.

164.    Each Accused Product is made by a process for a method for producing a 3D semiconductor device, the method comprising: providing a first level, said first level comprising a first single crystal layer; forming memory control circuits in and/or on said first level. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



165.    Each Accused Product is made by a process wherein said memory control circuits comprise first single crystal transistors, and wherein said memory control circuits comprise at least two interconnection metal layers; and of forming at least one second level disposed above said memory control circuits. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



166.    Each Accused Product is made by a process of performing a first etch step into said second level. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory. For example, the copper bonding metal level is defined by a first etch step.



167.   Each Accused Product is made by a process of forming at least one third level disposed on top of said second level. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



168.    Each Accused Product is made by a process of performing additional processing steps to form a plurality of first memory cells within said second level and a plurality of second memory cells within said third level. For example, in the Accused BiCS8 3D BiCs Flash memory, after the lithography patterning step, memory tube holes are etched followed by deposition of dielectrics and the polysilicon channel. For example, the layers of each deck are formed by lithography patterning and etch of the memory tube, followed by gate dielectrics depositions, polysilicon channel deposition, and oxide tube fill. These elements are further demonstrated by the below diagrams.





169.    Each Accused Product is made by a process wherein each of said plurality of first memory cells comprise at least one second transistor. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



170.    Each Accused Product is made by a process wherein each of said plurality of second memory cells comprises at least one third transistor. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



171.    Each Accused Product is made by a process wherein said at least one second transistor comprises a metal gate. For example, the below cross section demonstrates these elements in the BiCS8 3D BiCs Flash memory.



172.    Each Accused Product is made by a process of performing bonding of said first level to said second level, wherein said bonding comprises oxide to oxide bonding. For example, the below cross sections demonstrate these elements in the BiCS8 3D BiCs Flash memory.





173.    The Accused Products are not materially changed by subsequent processes. For example, the BiCS8 3D BiCs Flash memory is a memory integrated circuit which operates as a unit and is not modified at the chip level following its manufacture.

174.    The Accused Products do not become trivial or nonessential components of another product. For example, the BiCS8 3D BiCs Flash memory provides flash storage necessary for the operation of computers and other products which incorporate it.

175.    KIOXIA has willfully infringed, and continues to willfully infringe, the '737 Patent by intentionally and deliberately carrying out acts of direct and indirect infringement, while knowing, or taking deliberate steps to avoid learning, that those acts infringe. For example, upon information and belief, KIOXIA has known of MonolithIC 3D's patents, including the '737 Patent.

176.     MonolithIC 3D has suffered damages as a result of Defendant's direct and indirect infringement and willful infringement of the '737 Patent in an amount to be proved at trial.

177.     MonolithIC 3D has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '737 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, MonolithIC 3D prays for relief against Defendant as follows:

a.     Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b.     Entry of judgment declaring that KIOXIA's infringement of the Patents-in-Suit is willful;

c.     Entry of a preliminary injunction enjoining KIOXIA from making, using, importing, offering to sell, and/or selling the Accused Products;

d.     Entry of a permanent injunction enjoining KIOXIA from making, using, importing, offering to sell, and/or selling the Accused Products;

e.     An order awarding damages sufficient to compensate MonolithIC 3D for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, including supplemental damages post-verdict, together with pre-judgment and post-judgment interest and costs;

f.     Entry of judgment declaring that this case is exceptional and awarding MonolithIC 3D its costs and reasonable attorneys' fees under 35 U.S.C. § 285;

g.      An accounting for acts of infringement;

h.      Such other equitable relief which may be requested and to which the Plaintiff is

entitled; and

i.      Such other and further relief as the Court deems just and proper.

Dated:  November 26, 2025                  Respectfully submitted,

                                           */s/ Peter Lambrianakos*
                                           Alfred R. Fabricant
                                           NY Bar No. 2219392
                                           Email: ffabricant@fabricantllp.com
                                           Peter Lambrianakos
                                           NY Bar No. 2894392
                                           Email: plambrianakos@fabricantllp.com
                                           Vincent J. Rubino, III
                                           NY Bar No. 4557435
                                           Email: vrubino@fabricantllp.com
                                           **FABRICANT LLP**
                                           411 Theodore Fremd Avenue,
                                           Suite 206 South
                                           Rye, New York 10580
                                           Telephone: (212) 257-5797
                                           Facsimile: (212) 257-5796

                                           **ATTORNEYS FOR PLAINTIFF**
                                           **MONOLITHIC 3D™ INC.**